# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CAUSE NO.: 2:08-CV-346-TS ) |
| HAWK, LLC, | ) ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on the Parties' Stipulation for Entry of Agreed Order of Dismissal [DE 11], filed February 17, 2009. The Parties state that they have entered into a Settlement Agreement, which is not attached, and they want the Court to retain jurisdiction for the purpose of enforcing the terms of the Agreement through August 31, 2009. The Parties also stipulate that the order of dismissal now should be without prejudice, but that the order of dismissal on September 1, 2009, should be with prejudice.

The Stipulation does specify what kind of dismissal the Parties seek under Federal Rule of Civil Procedure 41, but this appears to be "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The rule further states that "[u]nless the notice of stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

The Seventh Circuit has "criticized the practice of dismissing suits before they're really over," *Shapo v Engle*, 463 F.3d 641, 643 (7th Cir. 2006), but it appears that a district court may dismiss an action without prejudice and retain jurisdiction over the case to enforce the settlement agreement. *Lynch, Inc. v. SamataMason, Inc.*, 279 F3d 487, 489 (7th Cir. 2002) ("A settlement agreement, unless it is embodied in a consent decree or some other judicial order or *unless*

*jurisdiction to enforce the agreement is retained (meaning that the suit has not been dismissed with prejudice)*, is enforced just like any other contract.") (emphasis added); *Pittman v. Dolton Police Dept.*, 191 F. App'x 465, 466 (7th Cir. 2006) (stating that if the court "truly wanted to retain jurisdiction, the district court should have dismissed the case without prejudice) (citing *Lynch*, 279 F.3d at 489).

Therefore, the Stipulation is authorized. The Clerk is DIRECTED to dismiss this cause without prejudice. The Court RETAINS jurisdiction to enforce the terms of the Settlement Agreement through August 31, 2009. The Parties are ORDERED to file a notice of dismissal on September 1, 2009.

So ORDERED on March 10, 2009.

    s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION